**DISMISS; Opinion issued April 9, 2013**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-13-00114-CV**

**GENERAL TRUCK SALES, INC., Appellant**
**V.**
**SARA GARCIA AND VANESSA HERNANDEZ, Appellees**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-04410**

**MEMORANDUM OPINION**
Before Justices Francis, Lang, and Evans
Opinion by Justice Francis

Before the Court is appellees' April 4, 2013 motion to dismiss the appeal. Appellees contend the appeal should be dismissed for want of prosecution. Although notices have been sent to appellant to pay the $175 filing fee and written verification that it has made arrangements to pay for the clerk's record, the Court has not received any response. The certificate of conference accompanying appellees' motion indicates that appellant is unopposed. Accordingly, we grant appellees' motion and dismiss the appeal. *See* TEX. R. APP. P. 42.3(b).

/Molly Francis/
MOLLY FRANCIS
JUSTICE

130114F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

GENERAL TRUCK SALES, INC.,
Appellant

No. 05-13-00114-CV     V.

SARA GARCIA AND
VANESSA HERNANDEZ, Appellees

On Appeal from the 192nd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-10-04410.
Opinion delivered by Justice Francis.
Justices Lang and Evans, participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellees, SARA GARCIA and VANESSA HERNANDEZ, recover their costs of this appeal from appellant, GENERAL TRUCK SALES, INC.


Judgment entered April 9, 2013.


/Molly Francis/
MOLLY FRANCIS
JUSTICE